Case 1:25-mj-00188-ZMF   Document 1-1

Case: 1:25-mj-00188
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/29/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. On August 28, 2025, at approximately 2:15 p.m., members of the United States Park Police were patrolling the 4000 Block of South Capitol Street SW, in Washington D.C. with federal law enforcement officers. Your Affiant, United States Park Police Officer Kevin Brennan, and partner United States Park Police Officer Christian Callahan, were in full uniform and operating an unmarked police vehicle while patrolling the area.

2. While patrolling, Officer Callahan observed a red Audi vehicle traveling with no front tag affixed and heavy windshield tint. Due to the heavy tint of the windows, Your Affiant and Officer Callahan were unable to make out the occupants of the vehicle.

3. Law enforcement members were aware that vehicles registered in the District of Columbia are required to display both a front and rear license plate by District of Columbia Municipal Regulation. Law enforcement members were also aware that vehicles in the District of Columbia are forbidden from having heavily tinted windows on vehicles.

4. Recognizing the numerous violations, Your Affiant and Officer Callahan conducted a traffic stop. Your Affiant approached the driver, who was later identified by his District of Columbia driver's license as Ricardo BLACKSON and requested his identification and vehicle documents. BLACKSON was the sole occupant of the vehicle. It was later determined that BLACKSON was the registered owner of the vehicle.

5. While talking with BLACKSON, Your Affiant observed a single green camouflage backpack on the rear passenger floorboard. Your Affiant asked BLACKSON who the backpack belonged to and BLACKSON indicated it was his child's backpack. Your Affiant then also asked BLACKSON if he had ever been arrested, and BLACKSON indicated he was recently released from prison following a 17-year sentence for a murder conviction.

6. Your Affiant asked BLACKSON if he could look in the backpack. BLACKSON asked Your Affiant if there was a reason to search the vehicle. Your Affiant then noted an immediate change in BLACKSON's demeanor. Your Affiant clarified that he did not ask about the search of BLACKSON'S vehicle, but that he was asking about searching the backpack.

7. Officer Callahan began to issue District of Columbia Notice of Infractions due to the multiple infractions observed by Your Affiant and Officer Callahan. During Your Affiant's continued investigation and questioning, BLACKSON then changed his story and stated the backpack did not belong to him, but it belonged to his girlfriend's daughter. Your Affiant noted that BLACKSON was now changing his story as it related specifically to the backpack.

8. Based on Your Affiant's training, knowledge, and experience, Your Affiant recognized BLACKSON's behavior as consistent with an individual who was potentially concealing contraband.

9. While Officer Callahan continued to write the Notice of Infractions, Your Affiant requested a Metropolitan Police Department Firearms Detection K9 to respond to the scene to conduct a free air sniff at approximately 2:29 p.m.

10. MPD K9 Officer Alston (K9-20) and his partner, K9 Joker responded at approximately 2:39 p.m. and were deployed for a free air sniff. At approximately 2:44 p.m., K9 Joker gave a trained positive alert indicating the presence of firearms within the vehicle. BLACKSON was detained in handcuffs while the investigation continued.



Figure 1 – K9 After Positive Read

11. Upon the positive alert provided by the K9, Your Affiant recovered the backpack from BLACKSON's vehicle. Your Affiant opened the front compartment of the backpack and immediately observed a firearm.



Figure 2 – Firearm Recovered From Backpack Inside BLACKSON's Vehicle

12. The firearm was examined and determined to be a 9mm Ruger MAX-9 bearing serial number 350040751. The firearm was loaded with one round in the chamber and a magazine with the capacity to accept 10 rounds of 9mm ammunition. The magazine was loaded with ten rounds.



*Figure 3 – Firearm Recovered*

13. The firearm appeared to be fully functional, designed to expel projectiles by the action of an explosive, has a barrel length of less than 12 inches, and is capable of being fired by use of a single hand. The serial number appeared gouged though the serial number remained visible. A subsequent NCIC query revealed the firearm was STOLEN out of the District of Columbia.

14. Law enforcement members also recovered the following additional items from inside the backpack:

- Black digital scale
- Silver digital scale
- Numerous small mylar bags (drug packaging paraphernalia)
- Numerous silver mylar bags (drug packaging paraphernalia)

- Plastic cups containing a green leaf substance
- 31 individually packaged mylar bags of green leaf substance



*Figure 4 – Multiple Mylar Bags*

15. An additional package of green leaf substance was recovered from the center console of the vehicle. Law enforcement also recovered $485 in United States currency in mostly smaller denominations from BLACKSON's wallet.



*Figure 5 – Items Recovered From Backpack*

16. The 31 individually packaged bags had a combined weight of 9.38 ounces of green leafy substance. BLACKSON was placed under arrest and transported to the Metropolitan Police Department.

17. A police records check determined BLACKSON did not have a license to carry a firearm in the District of Columbia and that BLACKSON did not have a firearm registered in the District of Columbia.

18. During a law enforcement check of BLACKSON's criminal history, law enforcement members learned that BLACKSON had previously been convicted of a crime punishable by a term of imprisonment exceeding one year. BLACKSON was previously convicted in D.C. Superior Court case 2009 CF1 000414 for Murder II While Armed. Accordingly, BLACKSON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was found in possession of the firearm and ammunition.

19. Your Affiant is aware that there are no firearm or ammunition manufacturers in the District of Columbia and, as such, the firearm and ammunition must have traveled into the District of Columbia via interstate commerce.

20. The facts above are not all the facts known to Your Affiant at this time but are the facts necessary to establish probable cause that BLACKSON committed a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

                                                                                           _____
                                                                                            Officer Kevin Brennan
                                                                                           United States Park Police

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on August 29, 2025.

_____
Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE